[No. 2777–2.   Division Two.   August 25, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN M. DILLON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 6139, Alan R. Hallowell, J., entered January 19, 1977. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Soule, J.

[No. 2829–2.   Division Two.   August 25, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY R. RUDIS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 67799, John H. Kirkwood, J., entered March 25, 1977. *Affirmed* by unpublished opinion per Soule, J., concurred in by Reed, A.C.J., and Petrie, J.

[No. 5030–1.   Division One.   August 28, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. DWAYNE EDWARD FRACTIOUS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 76599, Carolyn R. Dimmick, J., entered August 24, 1976. *Dismissed* by unpublished opinion per Swanson, J., concurred in by Farris, C.J., and Williams, J.